1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant KENNETH QUINN

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                             SAN JOSE DIVISION

10 UNITED STATES OF AMERICA,           )   No. CR-08-00859 JF
                                       )
11           Plaintiff,                )   [PROPOSED] ORDER CONTINUING
   v.                                  )   DEFENDANT KENNETH QUINN'S
12                                     )   SENTENCING HEARING DATE TO
   KENNETH QUINN,                      )   JUNE 24, 2009, AT 9:00 A.M.
13                                     )
             Defendant.                )
14 _____)

15
                                   **ORDER**
16
        Good cause appearing and by stipulation of the parties, it is hereby ordered that the
17
   sentencing hearing in the above-captioned matter shall be continued from May 20, 2009, to June
18
   24, 2009, at 9:00 a.m.
19
                                                    _____
20 Dated: May  12  , 2009
                                                    JEREMY FOGEL,
21                                                  United States District Judge

22

23

24

25

26

Order Continuing Sentencing Hearing
No. CR-08-00859 JF                          1