BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant KENNETH QUINN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-00859 JF |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER CONTINUING** |
| v. | ) | **DEFENDANT KENNETH QUINN'S** |
| | ) | **SENTENCING HEARING DATE TO** |
| KENNETH QUINN, | ) | **JULY 22, 2009, AT 9:00 A.M.** |
| | ) | |
| Defendant. | ) | |

**ORDER**

GOOD CAUSE APPEARING and by stipulation of the parties, it is hereby ordered that the sentencing hearing in the above-captioned matter shall be continued from June 24, 2009, to, July 22, 2009, at 9:00 a.m.

Dated: June  19  , 2009

_____
JEREMY FOGEL,
United States District Judge

Order Continuing Sentencing Hearing
No. CR-08-00859 JF                                    1