JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

JEFFREY B. SCHENK (CASBN 234355)
Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-2695
   Facsimile:  (408) 535-5066
   Email: jeffrey.b.schenk@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>KENNETH QUINN,<br>    Defendant. | No.   CR 08-00859-JF<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO CORRECT AND AMEND<br>TYPOGRAPHICAL ERROR IN<br>JUDGMENT IN A CRIMINAL CASE |

    The parties, by and through their counsel of record, hereby stipulate to the entry of an amended Judgment in a Criminal Case. [Docket Number 26.]  The final page of the original Judgment contains a typographical error, namely it lists property the defendant shall forfeit, including "One external hard drive (Serial # HD-338-UZC)."

//

//

//

//

//

1  The parties stipulate and agree that the Judgment should be amended as follows to correct the
2  serial number to:
3     **HD-338-U2C**
4
5  DATED: August 5, 2009                               JOSEPH P. RUSSONIELLO
                                                       United States Attorney
6
7
8
                                                       ____/s/_____
9                                                      JEFFREY B. SCHENK
                                                       Assistant United States Attorney
10
11
                                                       ____/s/_____
12                                                     NICHOLAS HUMY (for Manuel Araujo)
                                                       Attorney for Defendant
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.   CR 08-00859-JF |
| | ) | |
| Plaintiff, | ) | ORDER CORRECTING AND AMENDING TYPOGRAPHICAL ERROR IN JUDGMENT IN A CRIMINAL CASE |
| | ) | |
| v. | ) | |
| | ) | |
| KENNETH QUINN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   FOR THE REASONS SET FORTH ABOVE IN THE STIPULATION BETWEEN THE PARTIES, IT IS HEREBY ORDERED that the final Judgment in a Criminal Case shall be amended to reflect the correct serial number for certain, specified forfeited property, namely: One external hard drive (Serial # **HD-338-U2C**).

IT IS SO ORDERED.

DATED: 8/10/09        _____
                     JEREMY FOGEL
                     UNITED STATES DISTRICT JUDGE